**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NEIL TRANTHAM,**

        **Plaintiff,**

**-vs-**                                                          **Case No. 6:09-cv-1147-Orl-31DAB**

**AMERICAN CABLE & TELEPHONE,**
**INC.,**

        **Defendant.**
_____
**AMERICAN CABLE & TELEPHONE, INC**

        **Third Party Plaintiff,**

**vs.**

**TRANTHAM, INC.,**

        **Third Party Defendant.**
_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Notice of Voluntary Dismissal (Doc. 41), and pursuant to FED. R. CIV. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Order at Doc. 40 is hereby **VACATED** inasmuch as the parties represent that all of Plaintiff's claims, liquidated damages, costs and

attorneys' fees will be paid in full and without compromise.  *See Mackenzie v. Kindred Hosps. East, LLC*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003).

The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 24, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party